FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUN 12 PM 3:37

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND (BALTIMORE)**

---

MELODY A. RUSSELL,
    Plaintiff,

CASE NO. 1:15-cv-00412-ELH

vs.

TRANSUNION,
    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
### PLAINTIFF AND DEFENDANT TRANS UNION, LLC

---

Plaintiff Melody A. Russell, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Melody A. Russell against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Melody A. Russell and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. *The Clerk is directed to close the case. ELH*

Date: 6/12/15

/s/ Ellen L. Hollander
JUDGE, United States District Court,
District of Maryland

DISTRIBUTION TO:

| Pro Se Plaintiff<br>Melody A. Russell<br>P.O. Box 35<br>Glen Burnie, MD  21060 | Lindsey A. Kovener, Esq.<br>lkovener@schuckitlaw.com |
|---|---|
| H. Mark Stichel, Esq.<br>hmstichel@ghsllp.com | |